IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICK DONZELL LEE                                                                                         PLAINTIFF

v.                                                  Civil No. 4:15-cv-04102

OFFICER PATTERSON; and
SERGEANT MILLER                                                                                          DEFENDANTS

**O R D E R**

  Plaintiff Patrick Lee filed this 28 U.S.C. § 1983 action *pro se* on October 7, 2015.  ECF No. 1.  Currently before the Court is Plaintiff's Motion for Default Judgment (ECF No. 15) and the issue of service.

  Plaintiff's Motion for Default Judgment (ECF No. 15) is **DENIED**.  Although an Order for Service and Summons were issued on November 19, 2015 (ECF No. 11, No. 12) the docket in this case does not indicate the Defendants have been served.

  As Plaintiff proceeds *pro se* and *in forma pauperis* in this matter, the Court will again issue service on Defendants.  Upon review of Plaintiff's Complaint the Court finds Plaintiff's Complaint (ECF No. 1) is due to be served upon Defendants Officer Patterson and Sergeant Miller. Accordingly, the Court hereby **DIRECTS** the United States Marshal to serve Defendants Patterson and Miller.

  Defendants Patterson and Miller may all be served at the Miller County Sheriff's Office, 2300 East Street, Texarkana, Arkansas 71854.  If the Sheriff's Office will not accept service for any of the Defendants, it is **DIRECTED** to so advise the Court and provide the Court with each

1

Defendants' last known address and phone number.  **This information may be filed with the Clerk of the Court in response to this Order, and may be filed under seal.**

Defendants are to be served without prepayment of fees and costs or security.  Defendants are ordered to answer within twenty-one (21) days from the date of service.

**The Clerk is directed to prepare and issue summons and a USM 285 for the Defendants being served.**

**IT IS SO ORDERED this 22nd day of March 2016.**


                      /s/ Barry A. Bryant
                      HON. BARRY A. BRYANT
                      UNITED STATES MAGISTRATE JUDGE