IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICK DONZELL LEE                                                                                    PLAINTIFF

v.                                              Civil No. 4:15-cv-04102

OFFICER PATTERSON; and
SERGEANT MILLER                                                                                     DEFENDANTS

**ORDER**

Plaintiff Patrick Lee filed this 42 U.S.C. § 1983 action *pro se* on October 7, 2015. ECF No. 1. Currently before the Court is Plaintiff's Motion to Compel. ECF No. 49. Defendants Patterson and Miller have filed a Response. ECF No. 50. Defendants also filed a Notice of Defendants' Disclosures to Plaintiff. ECF No. 51. In his Motion Plaintiff insists there must be additional documents relating to Defendant Patterson's work record in his personnel file that have not been provided to him by Defendants. The documents described by Defendants in their Notice of Disclosures do not reference materials in Defendant Patterson's personnel file.

Although Plaintiff did not specifically request these items, the Court **DIRECTS** Defendants to search for any additional documents such as in house complaints, reprimands, or disciplinary measures involving Defendant Patterson during his employment with the Miller County Detention Center. Defendants are to provide Plaintiff and the Court with any such documents, if they exist, **no later than October 14, 2016** in order to assist the Court in ruling on Plaintiff's Motion to Compel.

**IT IS SO ORDERED this 14th day of September 2016**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE