IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

PATRICK DONZELL LEE                                                                                      PLAINTIFF

v.                                           Civil No. 4:15-cv-04102

OFFICER PATTERSON and
SERGEANT MILLER                                                                                        DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed February 2, 2017, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 69. Judge Bryant recommends that Defendants' Motion for Summary Judgment (ECF No. 62) be granted. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto.* Accordingly, Defendants' Motion for Summary Judgment (ECF No. 62) is **GRANTED**, and Plaintiff's claims against Defendants are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**, this 1st day of March, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge